TOLEDO BAR ASSOCIATION *v.* MERILLAT.

(D.D. No. 81-22—Decided December 16, 1981.)

148

*Mr. Jay J. Lowenstein, Mr. Raymond S. Metzger, Jr.,* and *Mr. Donald R. Fraser* for relator.

*Per Curiam.* Upon examination of the record in this cause and the findings of fact of the board of commissioners, we conclude there is sufficient evidence to find respondent violated DR 1-102(A)(4), (5) and (6) and DR 6-101(A)(2) and (3) of the Code of Professional Responsibility.

We concur with the board's recommendation and hereby indefinitely suspend respondent, Paul Merillat, from the practice of law in Ohio.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.